# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SHIRLEY LALONDE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. 08-0069-CG-M |
| **PRIVATE EYES INVESTIGATIONS, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

On advice of the parties that this action has settled (Doc. 7), it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to her or its own costs.

**DONE and ORDERED** this 25th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE